# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re

EMPIRE GENERATING CO, LLC, et al.,

                  Debtors.

-----------------------------------------------------------X

| | |
|---|---|
| ASSF IV AIV B HOLDINGS III, L.P.; AEIF TRADE LLC; SPT INFRASTRUCTURE FINANCE SUB-1, LLC; and SPT INFRASTRUCTURE FINANCE SUB-2, LTD., | Lead Case<br>19 **CIVIL** 5721 (CS)<br><br>Consolidated Action |
| Appellants, | 19 **CIVIL** 5744 (CS) |
| -against- | **JUDGMENT** |
| EMPIRE GENERATING CO, LLC; EMPIRE GEN HOLDCO, LLC; EMPIRE GEN HOLDINGS, LLC; and TTK EMPIRE POWER, LLC, | |
| Appellees. | |

-----------------------------------------------------------X

BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C.,

                  Intervenor..

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 23, 2020, Appellants' motion for leave to appeal the Bid Procedure Order is denied; The Bankruptcy Court's RSA Order is affirmed in all respects; accordingly, Case Nos.19-CV-5721 and 19-CV-5744 are closed.

**Dated:** New York, New York
        March 24, 2020

                                            **RUBY J. KRAJICK**

                                            _____
                                            **Clerk of Court**

            **BY:**    _____
                                            **Deputy Clerk**